Mark F. Casazza, Esq. – Attorney I.D. No. 042251998
**RUDNICK, ADDONIZIO, PAPPA & CASAZZA**
A Professional Corporation
25 Village Court
Hazlet, New Jersey 07730
P: 732-264-4400   File No. L- 11592-A
Attorneys for Plaintiff

| DAVID BOTURLA, Plaintiff(s), v. RED ROBIN INTERNATIONAL, INC., WOODBRIDGE CENTER, BROOKFIELD PROPERTIES, JOHN DOE 1-5 (fictitious names), ABC MAINTENANCE CO. 1-5 (fictitious names) and ABC CORPORATION 1-5 (fictitious names), Defendant(s). | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MONMOUTH COUNTY** <br><br> **DOCKET NO.: MON-L-002620-21** <br><br> **CIVIL ACTION** <br><br> **SUMMONS** |
|---|---|

*FROM THE STATE OF NEW JERSEY*
*TO THE DEFENDANT(S) NAMED ABOVE*:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you receive this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

s/ *Michelle M. Smith, Esq.*
Clerk of Superior Court

DATED: July 28, 2021

Name and Address of Defendant(s) to be served:

Red Robin International, Inc.
6312 S. Fiddlers Green Circle
Suite 200N
Greenwood Village, CO   80111-4916

Woodbridge Center
250 Woodbridge Center Drive
Woodbridge, NJ   07095

Brookfield Properties
250 Vesey Street
15th Floor
New York, NY   10281

RUDNICK, ADDONIZIO, PAPPA & CASAZZA
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
PARK VILLAGE
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730

Exhibit A, 2 of 9

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., 1st Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center
10 Main Street
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
1st Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Floor, Hall of Records
101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
9 North Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Streets, P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office, Attn: Intake
1st Floor, Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Department
Brennan Court House, 1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad Street
P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
3rd Floor
1 Kennedy Square, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House, 71 Monument Park
P.O. Box 1269
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Place, P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market Street
P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House, 413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

Mark F. Casazza, Esq. — Attorney ID No. 042251998
**RUDNICK, ADDONIZIO, PAPPA & CASAZZA**
A Professional Corporation
25 Village Court
Hazlet, New Jersey 07730
(732) 264-4400   File No. L-11592-A
Attorneys for Plaintiff

| | |
|---|---|
| DAVID BOTURLA,<br>　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC., WOODBRIDGE CENTER, BROOKFIELD PROPERTIES, JOHN DOE 1-5 (fictitious names), ABC MAINTENANCE CO. 1-5 (fictitious names) and ABC CORPORATION 1-5 (fictitious names),<br><br>　　　　　　　　　Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br><br>Docket No. MON-L-002620-21<br><br>Civil Action<br><br>**COMPLAINT**<br>**DEMAND FOR TRIAL BY JURY**<br>**DESIGNATION OF TRIAL ATTORNEY**<br>**DEMAND FOR ANSWERS TO**<br>**INTERROGATORIES** |

Plaintiff, David Boturla, residing in the Township of Hazlet, County of Monmouth and State of New Jersey, complaining of the Defendants, deposes and says:

## FIRST COUNT

1. On or about August 7, 2019, Plaintiff, David Boturla, was lawfully on the premises commonly known as Red Robin located in Woodbridge Center, at 264 Woodbridge Center Drive, Township of Woodbridge, County of Middlesex, and State of New Jersey.

2. At all times relevant herein, Defendants, Red Robin International, Inc., Woodbridge Center, Brookfield Properties, John Doe 1-5 (fictitious names), ABC Maintenance Co. 1-5 (fictitious names) and ABC Corporation 1-5 (fictitious names), owned, occupied, operated and/or maintained the premises located at 264 Woodbridge Center Drive, Township of Woodbridge, County of Middlesex and State of New Jersey.

3. Defendants, Red Robin International, Inc., Woodbridge Center, Brookfield Properties, John Doe 1-5 (fictitious names), ABC Maintenance Co. 1-5 (fictitious names) and ABC Corporation 1-5 (fictitious names), did so negligently and carelessly own, occupy, operate and/or maintain the aforesaid premises so as to cause a dangerous condition to exist thereon.

4. As a direct and proximate result of the negligence of the Defendants, as aforesaid, Plaintiff, David Boturla, was caused to be injured due to the aforesaid dangerous condition and was thus caused to sustain and did sustain serious and permanent personal injuries requiring the care and treatment of physicians, hospitalization and medication and has been and will in the future continue to be hampered in her daily routine.

**WHEREFORE**, Plaintiff, David Boturla, demands judgment against the Defendants, Red Robin International, Inc., Woodbridge Center, Brookfield Properties, John Doe 1-5 (fictitious names), ABC Maintenance Co. 1-5 (fictitious names) and ABC Corporation 1-5 (fictitious names), jointly severally or in the alternative in the amount of his damages together with interest and costs of suit.

### SECOND COUNT

1. Plaintiff repeats the allegations of the First Count as if fully set forth herein.

2. On or about August 7, 2019, Plaintiff, David Boturla, was lawfully on the premises of a restaurant commonly known as Red Robin located at Woodbridge Center, 264 Woodbridge Center Drive, in the Township of Woodbridge, County of Middlesex and State of New Jersey.

3. Upon information and belief, at all times relevant herein, Defendant, Brookfield Properties was the owner of the property commonly known as the sidewalk outside the Red

Robin located at Woodbridge Center, 264 Woodbridge Center Drive, in the Township of Woodbridge, County of Middlesex and State of New Jersey.

4. Defendant, Brookfield Properties, did so negligently and carelessly own, operate and/or maintain the aforesaid sidewalk so as to cause a dangerous condition on the property commonly known as Red Robin located at Woodbridge Center, 264 Woodbridge Center Drive, in the Township of Woodbridge, County of Middlesex and State of New Jersey.

5. As a direct and proximate result of the negligence of the Defendants, Brookfield Properties, as aforesaid, Plaintiff, David Boturla, was caused to sustain and did sustain serious and permanent personal injuries requiring the care and treatment of physicians, hospitalization and medication and has been and will in the future continue to be hampered in her daily routine.

**WHEREFORE**, Plaintiff, David Boturla, demands judgment against the Defendant, Brookfield Properties, in the amount of his damages together with interest and costs of suit.

Respectfully submitted,

**RUDNICK, ADDONIZIO, PAPPA & CASAZZA**
Attorneys for Plaintiff

By: *Mark F. Casazza*
MARK F. CASAZZA, ESQUIRE

Dated: July 28, 2021

### DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a Trial by jury as to all issues.

### NOTICE OF TRIAL COUNSEL

Please take notice that MARK F. CASAZZA, ESQUIRE is hereby designated as Trial Counsel in the above-captioned matter for the firm of **RUDNICK, ADDONIZIO, PAPPA & CASAZZA**, pursuant to Rule 4:25 et. seq.

MON-L-002620-21   07/28/2021 10:14:28 AM  Pg 4 of 6 Trans ID: LCV20211759656

## DEMAND FOR ANSWERS TO UNIFORM AND SUPPLEMENTAL INTERROGATORIES

**PLEASE TAKE NOTICE** that pursuant to Rule 4:17-1(b)(ii)(2), Plaintiff hereby demands answers to **Uniform Interrogatories Form C and Form C(2)** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 4:17-1(b)(i)(1) and Rule 4:17-2, Plaintiff hereby demands answers to the attached **Supplemental Interrogatories** within sixty (60) days of the filing of Defendant's Answer to this Complaint.

## SUPPLEMENTAL INTERROGATORIES PERMITTED PURSUANT TO RULE 4:17-1(b)(i)

S1. State whether Defendant or anyone in Defendant's behalf has made or caused to be made any surveillance photographs, video tapes, movies or other recordings of the Plaintiff since the date of the accident, and if so, please state the date(s) upon which such surveillance photographs, video tapes, movies or other recordings were made, the name and address of the person taking or making such surveillance photographs, video tapes, movies or other recordings, what each surveillance photographs, video tapes, movies or other recordings depict. Pursuant to the Rules of Court, this interrogatory is deemed to be continuing and Plaintiff shall rely upon your answer to this interrogatory at the time of trial.

S2. If you contend or will contend that the permanency of Plaintiff's injuries should not be evidential or be considered by the finder of fact, state with detail and with particularity and specificity each and every basis of fact or law upon which you will rely to support such contention.

S3. State whether this Defendant occupied the premises where Plaintiff's incident occurred as of the date of Plaintiff's accident.

S4. If this Defendant did not own or occupy the premises where Plaintiff's accident occurred as of the date of the Plaintiff's accident, please state the name and address of the person,

MON-L-002620-21   07/28/2021 10:14:28 AM   Pg 5 of 6 Trans ID: LCV20211759656

firm and/or corporation who did own and/or occupy the premises where Plaintiff's accident occurred as of the date of Plaintiff's accident.

S5. State whether this Defendant conducted any business on the premises where Plaintiff's accident occurred as of the date of Plaintiff's accident, and if so, set forth in detail and with particularity and specificity the nature of the business conducted.

S6. State whether any inspections or tests made of the accident site by Defendant, or anyone in Defendant's behalf, subsequent to the accident alleged by Plaintiff, and if so, please state the date of said inspection or test, an exact description of such inspection or test, the name, address and job title of the person who performed such inspection or test and the results of said inspection or test.

## CERTIFICATION

Pursuant to the requirements of Rule 4:5-1 (NOTICE OF OTHER ACTIONS), I, the undersigned, do hereby certify to the best of my knowledge, information and belief, that except as hereinafter indicated, the subject matter of the controversy referred to in the within pleading is not the subject of any other Cause of Action, pending in any other Court, or of a pending Arbitration Proceeding, nor is any other Cause of Action or Arbitration Proceeding contemplated;

1. OTHER ACTIONS PENDING..........................YES __ NO X

    A. If YES - Parties to other Pending Actions.

    B. In my opinion, the following parties should be joined in the within pending Cause of Action.

2. OTHER ACTIONS CONTEMPLATED?.....................YES _ NO X

    A. If YES - Parties contemplated to be joined, in other Causes of Action.

3. ARBITRATION PROCEEDINGS PENDING?................YES __ NO X

    A   If YES - Parties to Arbitration Proceedings.

    B. In my opinion, the following parties should be joined in the pending Arbitration Proceedings.

```
MONMOUTH COUNTY
SUPERIOR COURT
PO BOX 1270
FREEHOLD         NJ 07728
                                         TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 358-8700
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:   JULY 28, 2021
                         RE:     BOTURLA DAVID   VS RED ROBIN INTERNATIO NAL, INC.
                         DOCKET: MON L -002620 21

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON OWEN C. MCCARTHY

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    003
AT:  (732) 358-8700 EXT 87871.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                                    ATT: MARK F. CASAZZA
                                    RUDNICK ADDONIZIO, PAPPA & CAS
                                    25 VILLAGE COURT
                                    HAZLET          NJ 07730

ECOURTS
```